UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT E. MARTIN §<br>     Plaintiff §<br>§<br>VS. § <br>§<br>§<br>GC SERVICES LIMITED PARTNERSHIP §<br>     Defendant. § | CASE NO.<br>3:15-cv-01727-AWT |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party, and that a judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated 5/17/2016

Respectfully submitted,
/s/Raphael Deutsch
**RC Law Group, PLLC**
By: Raphael Deutsch
301 Highland Avenue
Waterbury, CT, 06708
Phone: 201.282.6500 ext. 201
Fax: 201.282.6501
*Attorneys for Plaintiff*